# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 21-8254 FLA (MRW) | Date | May 24, 2022 |
| Title | Lawrence v. County of Los Angeles | | |

| | |
|---|---|
| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge |

| | |
|---|---|
| Veronica Piper | n/a |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Plaintiff: | Attorneys for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**     ORDER TO SHOW CAUSE RE: DISMISSAL

1.  In December 2021, Judge Wilner issued a detailed order screening this <u>pro se</u> civil rights action. (Docket # 6.) The Court re-served the order in February 2022 when Plaintiff informed the Court that he had changed prisons. (Docket # 8.)

2.  The Court's February order required Plaintiff to file an amended complaint or dismiss this action by March 18. Shortly before that date, Plaintiff requested an extension of time. (Docket # 9.) The Court granted the request and extended Plaintiff's deadline to April 15. (Docket # 10.) However, the Court received <u>no</u> further submission from Plaintiff by or after the extended due date.

3.  The Court could rightly terminate the action today under Federal Rule of Civil Procedure 41. Nevertheless, in the interests of fairness to a self-represented prisoner, the Court instead ORDERS Plaintiff to show cause as to why the matter should not be dismissed. Plaintiff may cure this OSC by filing a statement explaining his failure to comply with the Court's previous order <u>and</u> submitting a voluntary dismissal of the action or his corrected complaint.

4.  Plaintiff's response to this OSC will be due by June 24.